IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:11CR352 JCH ) |
| KIMBERLY HEMMAN | ) ) |
| Defendant. | ) |

### ORDER

The Defendant has requested a continuance in this case. I find, pursuant to 18 U.S.C. § 3161(h)(7), that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that therefore any time elapsed is excluded time under the Speedy Trial Act. In particular, for the reasons stated by defendant, it is unreasonable to expect counsel to have adequate time for effective preparation for trial within the time limits imposed by the Act, even taking into account the exercise of due diligence.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for continuance [#133] is granted pursuant to 18 U.S.C. 3161(h)(7). This matter is removed from the December 12, 2011 trial docket.

**IT IS FURTHER ORDERED** that the **Jury Trial** in this matter is reset to **Monday, January 9, 2012 at 9:00 am.**

JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE